HANA SPICEHANDLER, Appellant, *v.* CITY OF NEW YORK, Defendant, and WILLIAM COHEN, Respondent.

Argued March 10, 1952; decided April 17, 1952.

*Louis L. Friedman* for appellant.

*Francis J. Healy* and *Frederick Mellor* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.